IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**FREDRICK WAYNE HENRY**                                                     **PLAINTIFF**

v.                                                       CIVIL ACTION NO.: 2:24-cv-74-KS-MTP

**GEOFF PATON, et al.**                                                      **DEFENDANTS**

## REPORT AND RECOMMENDATION

THIS MATTER is before the Court *sua sponte* upon *pro se* Plaintiff Fredrick Wayne Henry's failure to comply with the Court's previous Orders [3] [4]. For the reasons set forth below, the undersigned recommends that Plaintiff's Motion for Leave to Proceed *in forma pauperis* [2] be DENIED.

On May 10, 2024, Plaintiff filed his Complaint [1] and Motion for Leave to *Proceed in forma pauperis* [2]. The Court found that additional information was needed to evaluate Plaintiff's financial status due to incomplete, and at times, contradictory information. *See* Order [3]. The Court directed Plaintiff to complete a long-form *in forma pauperis* application and to clarify his total monthly income and expenses and to identify the amount that he either pays or receives in child support.[1] *Id*.

The Court warned Plaintiff that his failure to submit the completed long-form application and his failure to provide additional financial information by June 4, 2024, could result in the denial of his Motion [2]. *Id*. at 2. June 4, 2024, came and went; Plaintiff did not provide any additional financial information, nor did he submit a long-form *in forma pauperis* application to the Court.

---

[1] A long-form *in forma pauperis* application was mailed to Plaintiff along with the Court's Order [3] on May 15, 2024.

1

On June 10, 2024, the Court entered an Order to Show Cause [4], directing Plaintiff to submit a written statement on or before June 21, 2024, setting forth why his Motion [2] should not be denied for failing to comply with the Court's Order [3]. Alternatively, Plaintiff was afforded another opportunity to complete an additional long-form application to proceed *in forma pauperis* on or before June 21, 2024, to clarify his monthly income and expenses and to identify the amount he either pays or receives in child support each month.[2] [4] at 1. Plaintiff was warned that his failure to show cause in writing or to submit a completed long-form *in forma pauperis* application may result in the denial of his Motion [2] without further notice. *Id*. at 2.

To date, Plaintiff has not responded to the Court's Order to Show Cause [4]. Despite receiving two opportunities to do so, Plaintiff has failed to complete the long-form *in forma pauperis* application to provide further financial information as required by the Court's Orders [3] [4]. Without additional information, Plaintiff's financial status cannot be fairly evaluated and considered.

### RECOMMENDATION

Based on the foregoing, the undersigned recommends that:

1. Plaintiff's Motions for Leave to Proceed *in forma pauperis* [2] be DENIED;

2. Plaintiff be given thirty (30) days to pay all of the costs associated with the filing of this lawsuit; and

3. Should Plaintiff fail to timely pay all of the costs associated with the filing of this lawsuit, this matter be dismissed without prejudice and without further notice.

---

[2] Again, a long-form *in forma pauperis* application was mailed to Plaintiff along with the Court's Order [4] on June 10, 2024.

## NOTICE OF RIGHT TO OBJECT

In accordance with the rules and 28 U.S.C. § 636(b)(1), any party within fourteen days after being served a copy of this recommendation, may serve and file written objections to the recommendations, with a copy to the judge, the magistrate judge and the opposing party. The District Judge at the time may accept, reject or modify in whole or part, the recommendations of the Magistrate Judge, or may receive further evidence or recommit the matter to this Court with instructions. The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendations contained within this report and recommendation within fourteen days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions accepted by the district court to which the party has not objected. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1428-29 (5th Cir. 1996).

THIS the 27th day of June, 2024.

s/Michael T. Parker  
United States Magistrate Judge
