

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Jul 25 2024

ARTHUR JOHNSTON, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| FREDRICK WAYNE HENRY | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 2:24-cv-74- KS-MTP |
| GEOFF PATON, et al. | DEFENDANT |

### ORDER

This cause came before this Court to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on June 27, 2024, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court and Plaintiff's Motion to Proceed in forma pauperis is denied. Further, Plaintiff is given thirty (30) days from the date of this order to pay all costs associated with filing this lawsuit and should Plaintiff fail to timely pay all of the costs associated with this lawsuit, this matter will be dismissed without prejudice and without further notice.

SO ORDERED, this the 25th day of July 2024.

                                        /s/Keith Starrett
                                        KEITH STARRETT
                                        SENIOR UNITED STATES DISTRICT JUDGE